IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
NICOLE M. OBERLIN

Case No.      1:22-cv-00370-RLY-TAB

## NOTICE OF VOLUNARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Nicole Oberlin, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:22-cv-00370-RLY-TAB.

Dated:  August 22, 2025

Respectfully submitted,

**Blankenship Law Firm**

/s/ *William F. Blankenship, III*
William F. Blankenship, III, Bar No. 90001483
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
Telephone:  (214) 361-7500
Facsimile:  (214) 361-7505
bill@billblankenshiplaw.com

*Lead Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William F. Blankenship, III*
William F. Blankenship, III
