IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 17, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>NICOLE M. OBERLIN | |
| Case No.     1:22-cv-00370-RLY-TAB | |

## NOTICE OF VOLUNARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Nicole Oberlin, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:22-cv-00370-RLY-TAB.

Dated:  August 22, 2025

Respectfully submitted,

**Blankenship Law Firm**

*/s/ William F. Blankenship, III*
William F. Blankenship, III, Bar No. 90001483
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
Telephone:  (214) 361-7500
Facsimile:  (214) 361-7505
bill@billblankenshiplaw.com

*Lead Counsel for Plaintiff*